FILE

*United States District Court*
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

Michael W. Dobbins
Clerk

Office of the Clerk

Robert Neil Trainor
413 Greenup Street, 1st Floor
Covington, KY 41011

Re: VINCENT CLARK, et al vs. RACHEL CLARK

USDC No: 00C4022

Dear Counselor:

The records of this office indicate that on July 3, 2000, the case cited above was transferred from the Southern District of Ohio to this Court. The number assigned to this case in the Court from which it has been transferred was 99CV997. The documents that were filed at the time of the transfer list you as counsel.

The purpose of this letter is to inform you that the Local General Rules of this Court require an appearance and an affidavit evidencing ethical conduct to be filed by an attorney who intends to represent a party in any proceeding before this Court. Pursuant to Local General Rule 3.13 of this Court, an attorney not having an office within this District may appear before the Court only upon having designated a local counsel upon whom service of papers may be made. Local General Rule 3.13 appears on the reverse side of this letter. For your convenience, copies of the forms used to comply with the Local Rules have been enclosed.

Please be advised that the Clerk's Office routinely provides notice pursuant to Rule 77(d) of the Federal Rules of Civil Procedure only to the attorney shown in box (A) of the appearance form. Where local counsel has been designated, however, notice will be provided to both the attorney shown in box (A) of the appearance form and to local counsel.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Thelma Murry-Sykes
Deputy Clerk

S 44
Rev. 12/96)

(GT 2)

# CIVIL COVER SHEET

he JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

JUDGE BUCKLO

00C 4022

FILED

MAGISTRATE JUDGE ROSEMOND

JUL 0 3 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

DOCKETED
JUL 0 5 2000

**(a) PLAINTIFFS**
Vincent E. Clark
Rachel Clark

**DEFENDANTS**
Robert W. Baird & Company
Keith A. Fox

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Hamilton
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert N. Trainor
314 Greenup Street, 1st Floor
Covington, KY 41011

ATTORNEYS (IF KNOWN)
Robert A. Winter Jr.
Hemmer, Spoor, Pangburn
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☒ 5 Transferred from another district (specify) Southern Dist. Ohio
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury — Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Breach of contract, Breach of Fiduciary Duty, unjust enrichment, negligence, Fraud, and Ohio Rico under 28 U.S.C. 1332

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ in excess of $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

VIII. This case ☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case number __________, previously dismissed by Judge __________

DATE 07-03-00
SIGNATURE OF ATTORNEY OF RECORD
Transfer From Southern Dist - [signature]

TERMED 48BD
TRANSF JURY

U.S. District Court
for the Southern District of Ohio (Cincinnati)

CIVIL DOCKET FOR CASE #: 99-CV-997

Clark, et al v. Robert W Baird & Co, et al
Assigned to: Judge Herman J. Weber
Demand: $0,000
Lead Docket: None
Dkt # in Ham Co Comm Pleas : is A9906341

Filed: 11/26/99
Jury demand: Both
Nature of Suit: 190
Jurisdiction: Diversity

DOCKETED
JUL 05 2000

Cause: 28:1332 Diversity-Petition for Removal

00C 4022

FILED
JUL 03 2000
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

JUDGE BUCKLO

MAGISTRATE JUDGE ROSEMOND

| | |
|---|---|
| VINCENT CLARK<br>plaintiff | Robert Neil Trainor<br>[COR LD NTC]<br>413 Greenup Street<br>1st Flor<br>Covington, KY 41011<br>606/581-2822 |
| RACHEL CLARK<br>plaintiff | Robert Neil Trainor<br>(See above)<br>[COR LD NTC] |
| v. | |
| ROBERT W BAIRD & CO INC<br>defendant | Robert Albert Winter, Jr.<br>FTS 578-3869<br>[COR LD NTC]<br>Hemmer Spoor Pangburn DeFrank &<br>Kasson PLLC<br>250 Grandview Drive<br>Suite 200<br>Ft Mitchell, KY 41017<br>606/344-1188 |
| | David A Baugh<br>[COR LD NTC]<br>Kovitz Shifrin & Waitzman<br>55 W Monroe Street<br>Suite 600<br>Chicago, IL 60603<br>312-759-1400<br>FTS 759-0402 |
| KENNETH A FOX<br>defendant | Robert Albert Winter, Jr.<br>(See above) |

ATTEST: A true copy
Kenneth J. Murphy, Clerk
By [signature]
Deputy

Docket as of June 28, 2000 10:41 am

 NON-PUBLIC

17-II

[COR LD NTC]

David A Baugh
(See above)
[COR LD NTC]

INTERNAL USE ONLY: Proceedings include all events.
1:99cv997 Clark, et al v. Robert W Baird & Co, et al

TERMED
48BD
TRANSF JURY

VINCENT CLARK; RACHEL CLARK

plaintiff

v.

ROBERT W BAIRD & CO INC; KENNETH A FOX

defendant

INTERNAL USE ONLY: Proceedings include all events.
1:99cv997 Clark, et al v. Robert W Baird & Co, et al — TERMED 48BD TRANSF JURY

| | | |
|---|---|---|
| 11/26/99 | 1 | NOTICE OF REMOVAL from Ham Co Comm Pleas Case Number: A9906341 ( no pgs: 3+) (wm) [Entry date 11/29/99] |
| 11/26/99 | -- | Filing Fee Paid: on 11/26/99 in the amount of $ 150.00, receipt # 405624. (wm) [Entry date 11/29/99] |
| 11/26/99 | 2 | MOTION by plaintiff for admission of attorney pro hac vice ( no pgs: 3+) (wm) [Entry date 11/29/99] |
| 11/26/99 | -- | Filing Fee Paid: on 11/26/99 in the amount of $ 50.00, receipt # 405624. (wm) [Entry date 11/29/99] |
| 11/30/99 | 3 | ORDER by Judge Herman J. Weber granting motion for admission of attorney David A Baugh pro hac vice [2-1] (cc: all counsel) ( no pgs: 1) (ph) [Entry date 11/30/99] |
| 11/30/99 | 4 | ORDER OF PROCEDURE by Judge Herman J. Weber; Parties have until 2/1/00 to respond ; Case mgnt ddl set for 2/1/00 (cc: all counsel) ( no pgs: 3/consent form, ltr & Mag bk) (ph) [Entry date 11/30/99] |
| 12/3/99 | 5 | MEMORANDUM by plaintiffs in opposition to peition for removal [1-1] ( no pgs: 4) (ph) [Entry date 12/06/99] |
| 12/3/99 | 5 | MOTION by plaintiffs to remand case back to Ham Co Court of Common Pleas ( no pgs: 4) (ph) [Entry date 12/06/99] |
| 12/3/99 | 6 | MOTION by defendant to dismiss, or to change venue to ND of IL ( no pgs: 8+) (ph) [Entry date 12/06/99] |
| 12/17/99 | 7 | RESPONSE by plaintiffs to motion to dismiss [6-1], motion to change venue to ND of IL [6-2] ( no pgs: 8+) (ph) [Entry date 12/20/99] |
| 12/20/99 | 8 | RESPONSE by defendants to motion to remand case back to Ham Co Court of Common Pleas [5-1] ( no pgs: 9+) (ph) [Entry date 12/21/99] |
| 12/28/99 | 9 | REPLY by plaintiffs to response to motion to remand case back to Ham Co Court of Common Pleas [5-1] ( no pgs: 4) (ph) [Entry date 12/29/99] |
| 12/28/99 | 10 | REPLY by defendants to response to motion to dismiss [6-1], motion to change venue to ND of IL [6-2] ( no pgs: 9) (ph) [Entry date 12/29/99] |
| 2/4/00 | 11 | JOINT MOTION by plaintiffs & defendants to stay Order Of Procedure ( no pgs: 2) (ph) [Entry date 02/04/00] |
| 3/22/00 | 12 | ORDER by Judge Herman J. Weber granting motion to stay Order Of Procedure pending decision on motion to remand and motion to transfer venue [11-1] ; Case mgnt ddl set for 2/1/00 is vacated (cc: all counsel) ( no pgs: 1) (ph) [Entry date 03/22/00] |

INTERNAL USE ONLY: Proceedings include all events.
1:99cv997 Clark, et al v. Robert W Baird & Co, et al

TERMED
48BD
TRANSF JURY

| | | |
|---|---|---|
| 3/22/00 | 13 | ORDER by Judge Herman J. Weber that deft's Petition for Removal is granted and denying pltf's motion to remand case back to Ham Co Court of Common Pleas [5-1]; Court Orders defts to forward the case, all pleadings and other papers from the Court of Common Pleas of Hamilton County, Ohio to the Clerk of this Court (cc: all counsel) ( no pgs: 5) (ph) [Entry date 03/22/00] |
| 3/31/00 | 14 | RESPONSE/COMPLIANCE by defendant to Order dated 3/22/00 [13-1] () (ph) [Entry date 04/03/00] |
| 5/15/00 | 15 | NOTICE of change of firm name by counsel for defendants ( no pgs: 1) (ph) [Entry date 05/24/00] |
| 6/23/00 | 16 | ORDER by Judge Herman J. Weber finding the motion to dismiss [6-1] moot., granting motion to change venue to ND of IL [6-2] Case transferred to Dist of: ND of IL East Div (cc: all counsel) ( no pgs: 8) (ph) [Entry date 06/28/00] |
| 6/28/00 | -- | Entire file docs. 1-16 plus cert copy of docket sheet sent to ND of IL East Division (ph) [Entry date 06/28/00] |